THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GEORGE P. HENRY, | CASE NO. C18-0523-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITIBANK, N.A., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Equifax Inc. and Equifax Information Services, LLC's motions to dismiss Plaintiff's complaint (Dkt. Nos. 11, 13). In accordance with the Western District of Washington's Local Civil Rule 7(d)(3), the Court hereby RENOTES these motions to June 1, 2018.

DATED this 10th day of May 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-0523-JCC
PAGE - 1