THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE P. HENRY, | CASE NO. C18-0523-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITIBANK, N.A., *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter come before the Court on Plaintiff's motion for an extension of time to file responses to Defendants Equifax Inc. and Equifax Information Services LLC's motions to dismiss Plaintiff's complaint (Dkt. Nos. 11, 13). The Court GRANTS Plaintiff's motion. Defendants' motions to dismiss, currently noted for June 1, 2018 (Dkt. No. 15), are hereby RENOTED to June 15, 2018.

DATED this 24th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0523-JCC
PAGE - 1