THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE P. HENRY, | CASE NO. C18-0523-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITIBANK, N.A., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of voluntary dismissal (Dkt. No. 37) and stipulation and proposed order for dismissal (Dkt. No. 38). Voluntary dismissal in this matter is not appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have served answers to the complaint. If Plaintiff wishes to voluntarily dismiss this action without a Court order, he must do so with a stipulation signed by all parties who have appeared. Fed. R. Civ. Pro. 41(a)(1)(A)(ii). The stipulation filed by Plaintiff is not signed by any Defendant. (Dkt. No. 38). To voluntarily dismiss this action, Plaintiff must refile the stipulation with the appropriate signatures or otherwise move the Court for dismissal. *See* Fed. R. Civ. P. 41(a)(2).

//

MINUTE ORDER
C18-0523-JCC
PAGE - 1

DATED this 5th day of June 2018.

<u>William M. McCool</u><br>
Clerk of Court<br>
<br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk